Elizabeth Hernandez, 
 Plaintiff-Appellant,
against
Cheikh Ndiaye, Defendant-Respondent.
 Cheikh Ndiaye, Plaintiff-Respondent,
against Elizabeth Hernandez, Defendant-Appellant.



In consolidated actions, plaintiff in action number 1 and defendant in action number 2 appeals from (1) a judgment of the Small Claims Part of the Civil Court of the City of New York, Bronx County (Joseph E. Capella, J.), entered on or about October 25, 2016, after trial, in favor of defendant dismissing action number 1 and (2) a judgment (same court and Judge), entered on or about October 25, 2016, after trial, in favor of plaintiff in action number 2 and awarding him damages in the principal sum of $1,000.




Per Curiam.
Judgments (Joseph E. Capella, J.), each entered on or about October 25, 2016, affirmed, without costs.
The record establishes that the trial court applied the appropriate rules and principles of substantive law and accomplished "substantial justice" in dismissing plaintiff-landlord's action for unpaid rent and property damage (action number 1) and awarding judgment in favor of plaintiff-tenant for a refund of a security deposit (action number 2) (see CCA 1804, 1807; Williams v Roper, 269 AD2d 125, 126 [2000], lv dismissed 95 NY2d 898 [2000]). A fair interpretation of the evidence supports the trial court's findings that tenant "left the subject apartment in good condition less normal wear and tear" and that any other damage in the apartment was caused by water leaks and landlord's "failure to make routine repairs resulting in [nine] HPD violations" being issued. 
We have considered appellant-landlord's remaining arguments and find them unavailing.[*2]
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 21, 2017